IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| McKesson Medical-Surgical, Inc., | ) | C/A No. 6:17-cv-03287-DCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Vessel Medical, Inc. | ) | |
| | ) | |
| Defendant. | ) | |

On March 13, 2018, the Court conducted a status conference with the parties. During the status conference, the parties agreed to an early mediation and requested that the Court appoint a mediator so that a mediation can occur within the next ninety (90) days.

Pursuant to the request of the parties, the Court hereby appoints Mediator Costa Pleicones, of Columbia, South Carolina, to act as mediator in this matter. The parties have consented to this appointment. Pursuant to Local Civil Rule 16.11(B) (D.S.C.), the Court finds Mediator Pleicones is entitled to charge his usual and customary hourly rate for mediation, which is to be split evenly between the parties. As instructed during the March 13, 2018 hearing, the parties are to contact Mediator Pleicones and are to work with Mediator Pleicones to coordinate the scheduling and other logistics of the mediation. This mediation shall be conducted within ninety (90) days of the date hereof and pursuant to the Local Civil Rules for the District of South Carolina and this Court's standing order to conduct mediation.

IT IS SO ORDERED.

s/ Donald C. Coggins, Jr.
United States District Judge

March 14, 2018
Spartanburg, South Carolina